[No. 68167-2-I. Division One. April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE STEPHEN MCGOWAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07535-1, Julie A. Spector, J., entered December 16, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 68269-5-I. Division One. April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S. SOLOMONA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01130-1, Cheryl B. Carey, J., entered December 14, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Cox, J.

[No. 68407-8-I. Division One. April 29, 2013.]

GUENTHER THOMAS ET AL., *Respondents*, v. TASSO SCHIELKE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-2-02415-1, Dave Needy, J., entered January 18, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 68442-6-I. Division One. April 29, 2013.]

MELODIE R. HOFF, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-05656-2, Linda C. Krese, J., entered February 7, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Lau, J.